AO 91 (Rev 8/01)   Criminal Complaint

# UNITED STATES DISTRICT COURT

SOUTHERN _____ DISTRICT OF _____ TEXAS

U.S. MAGISTRATE COURT
MCN – SDTX
FILED

OCT 2 6 2004

Michael N. Milby, Clerk
Laredo Division

Temp'o
$175,000 NC
Clq

UNITED STATES OF AMERICA
V.
Frankie Lee BASKIN   (36)
7816 Warsaw Street
Metairie, Louisiana

## CRIMINAL COMPLAINT

Case Number: L-04- 10305 M-01

(Name and Address of Defendant)

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 25, 2004** (Date) near **Laredo** **Webb** County, in the Southern District of Texas, **Frankie Lee BASKIN** defendant(s),

*(Track Statutory Language of Offense)*

a **United States Citizen**, did unlawfully transport **Mexican** aliens **Jeronima GONZALEZ Suarez,** and **(7)** others by means of a motor vehicle within the Southern District of Texas knowing or in reckless disregard of the fact that said aliens had come to, entered, or remained in the United States in violation of law, and transported or moved said aliens within the United States by means of motor vehicle or otherwise, in furtherance of such violation of law

in violation of Title **8** United States Code, Section(s) **1324 (a) (1) (A) (ii)**.

I further state that I am a(n) **Senior Border Patrol Agent** and that this complaint is based on the following facts:
Official Title

Continued on the attached sheet and made a part of this complaint:   ☒ Yes   ☐ No

_____
Signature of Complainant

**Juan Rosel**
Printed Name of Complainant

Sworn to before me and signed in my presence,

**October 26, 2004**                                              at     Laredo, Texas
Date                                                                              City and State

**Marcel C. Notzon**
U.S. Magistrate Judge                                                 _____
Name and Title of Judicial Officer                               Signature of Judicial Officer

United States of America

-vs-

Frankie Lee BASKIN (36)

Page 2

U.S. MAGISTRATE COURT
MCN - SDTX
FILED

OCT 2 6 2004

Michael N. Milby, Clerk
Laredo Division

[CONT OF BASIS OF COMPLAINT]

On October 25, 2004 at approximately 1645, a red Freightliner bearing Missouri, registration #35124 approached the primary lane for Immigration Inspection at the IH-35 Border Patrol checkpoint in Laredo, Texas. The driver, later identified as Frankie Lee BASKIN, was asked if he was a United States citizen, to which he stated he was. The agent then asked if there were any passengers in his vehicle and he hesitantly stated no. At this time, a service K-9 alerted to the presence the secondary inspection lane to conduct a search of the sleeper compartment.

Once in the secondary inspection lane, BASKIN was escorted to the rear of the vehicle so that the K-9 officer could safely inspect the vehicle with his Service K-9. The primary lane agent was informed that the service K-9 was still alerting to the cab area of the red Freightliner. At this time, BASKIN was asked if he was certain there were not any passengers in the vehicle. BASKIN stated that there were three passengers in the sleeper cab. An inspection of the sleeper revealed eight subjects in the sleeper area of the truck, five of which were concealed in closets and under the bed. The eight subjects were inspected and determined to be citizens of Mexico by virtue of birth and in the United States without legal documentation or travel permits.

At this time all subjects were placed under arrest and read their Miranda rights, which they acknowledged by signing Service form I-214.

All subjects were transported to the Laredo North Border Patrol Station for processing.

As per the sworn statement given by BASKIN, he stated that three men approached him at the Pilot fuel station on IH-35 north of Laredo, Texas. He was offered $10,000.00 dollars to transport seven subjects to San Antonio, Texas. BASKIN agreed to transport the individuals to San Antonio with knowledge that the individuals were present in the United States illegally and the act itself of transporting them was inherently illegal.

As per the sworn statement given by material witness Jeronima GONZALEZ-Suarez, she stated that she arranged to be smuggled to Houston, Texas through her son Omar GUTIERREZ for $1800.00. She swam across the Rio Grande River and entered into Laredo, Texas illegally at approximately 1100 hrs on October 25, 2004 with several other individuals. Upon crossing the river, she was picked up by an unidentified man in a truck. GONZALEZ-Suarez was then driven to BASKIN's tractor-trailer and directed to conceal herself within the cab of his truck by the unidentified driver. GONZALEZ-Suarez indicated that she was in fear for her life due to extremely high temperatures within the cab of the truck.

GONZALEZ-Suarez positively identified BASKIN as the driver of the tractor-trailer truck.