UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

United States District Court
Southern District of Texas
FILED

NOV 1 6 2004  BM

Michael N. Milby, Clerk
Laredo Division

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CRIMINAL NO. |
| | § | L-04-2355 |
| FRANKIE LEE BASKIN | § | |
| | § | |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

## COUNT ONE

On or about October 25, 2004, in the Southern District of Texas and within the jurisdiction of the Court, **Defendant,**

**FRANKIE LEE BASKIN,**

knowing and in reckless disregard of the fact that **JERONIMA GONZALEZ-SUAREZ** was an alien who had come to, entered and remained in the United States in violation of law, did transport and move such alien, for purpose of commercial advantage or private financial gain and in furtherance of such violation of law, within the United States by means of a motor vehicle.

In violation of Title 8, United States Code, Section 1324.

THE GRAND JURY ADDITIONALLY CHARGES, WITH REGARD TO THE ABOVE-DESCRIBED OFFENSE:

1. This offense involved the transportation of between 6 and 24 aliens, to wit: 8 aliens.

A TRUE BILL:

_____
FOREMAN OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

_____
ANDY GUARDIOLA
Assistant United States Attorney