U.S. MAGISTRATE COURT
MCN – SDTX
FILED **RM**

DEC 0 9 2004

Michael N. Milby, Clerk
Laredo Division



United States District Court
Southern District of Texas
ENTERED

DEC 1 3 2004  **BM**

Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| **Date:** | **December 7,** | **2004** |
| **From:** | **Maria Teresa Salazar**  | |
| | **U.S. Pretrial Services Officer** | |
| **To:** | **Marcel C. Notzon** | |
| | **U.S.  Magistrate Judge** | |
| **Subject:** | **Material Witness-Jeronima Gonzalez-Suarez** | |
| | **Case L-04-10305M-01** | |
| **Case:** | **Frankie Lee Baskin** | |
| | **Case L-04-CR-2355** | |

---

Jeronima Gonzalez-Suarez has been held as a material witness in the case of Frankie Lee Baskin, since October 26, 2004.

Pretrial Services was contacted by Alfonso Torres, who advised he is a friend of the material witness's family. Mr. Torres is a naturalized United States citizen who resides in Porter, Texas. He informed he is willing to co-sign on the material witness bond.

Pretrial Services recommends the following to assure the proper supervision of this material witness:

1. $5,000 unsecured bond, requiring a co-surety / custodian

Alfonso Torres

C:\Documents and Settings\moncivar\Local Settings\Temp\notesFFF692\Gonzalez-Suarez,J.wpd
Last updated: December 7, 2004

**RE: Jeronima Gonzalez-Suarez**

1.  Immediate placement of the material witness in a halfway house in Laredo, Texas, upon her release.

2.  Once documentation is secured with Immigration and Naturalization Services, the material witness is to reside with Alfonso Torres and obtain employment until the case of the principal has been disposed.

The Court  **concurs /** ~~**does not concur**~~  with the recommendation.

_Marcelchio_

Marcel C. Notzon
U.S. Magistrate Judge

_12-9-04_
Date

mts
SUSPSO:

C:\Documents and Settings\moncivar\Local Settings\Temp\notesFFF692\Gonzalez-Suarez,J.wpd
Last updated: December 7, 2004