


**United States District Court**
**Southern District of Texas**
**FILED**
JAN 2 1 2005 BM

Michael N. Milby, Clerk
Laredo Division

United States District Court
Southern District ...
ENTERED
JAN 2 2 2005
Michael N. Milby, Clerk
Laredo Division

## U. S. PRETRIAL SERVICES OFFICE
## MEMORANDUM

### LAREDO DIVISION

Date:       January 20, 2005

From:       David M. Medellin, Supervising U.S. Pretrial Services Officer

To:         Honorable George P. Kazen, U.S. District Judge

Subject:    Frankie Lee Baskin, L-04-CR-2355
            Response To Motion To Reduce Bond

---

Frankie Lee Baskin was arrested on 10/25/2004, and charged with alien smuggling. On 01/19/2005, the defendant plead guilty to the indictment and the Court ordered a Presentence Report. Sentencing will be set at a later date. The defendant's bond is currently set at $75,000 with a $3,500 cash deposit and two co-sureties.

On 01/20/05, the defendant's attorney, Valeria Acevedo, filed an agreed motion to reduce bond. Mrs. Acevedo informed that the defendant's fiancé, Tina Bonvillian, is willing to act as a co-surety and that the defendant will reside with her if released on bond. This officer spoke with Ms. Bonvillian and she indicated she does not have the financial means to post a cash deposit.

Pretrial Services recommends that the defendant's bond be modified to a $75,000 unsecured bond with Ms. Bonvillian as a co-surety, in addition to standard reporting conditions.

The Court does / does not concur.

_____          1/21/05
George P. Kazen, U.S. District Judge        Date

dmm
SUSPSO

N:\Basking,Frankie.mem.wpd
Last updated: January 20, 2005