HONORABLE **GEORGE P. KAZEN**, Presiding at the Laredo Division
DEPUTY CLERK: Veronica R. Caballero   COURT REPORTER: Val Castano
LAW CLERK: _____   USPO/~~PTSO~~: Sandra Arnold
INTERPRETER: N/A   (Used / Not Used) SET: 9:00 A.M.
A.M. 10:50 / 11:20 AM   P.M. _____ / _____

United States District Court
Southern District of Texas
FILED
DEC 0 6 2005
Michael N. Milby, Clerk
Laredo Division

CRIMINAL NO. **L-04-2355**   DEFT **01**

| UNITED STATES OF AMERICA | § | Grace Lindberg | AUSA |
|---|---|---|---|
| V. | § | | |
| FRANKIE LEE BASKIN | § | Valeria Acevedo | AFPD / CJA / RET |

## SENTENCING

- [ ] FREE TEXT — New Sentencing Guidelines (NSG) case (11/1/87)
- [ ] ORDBWI — Deft. failed to appear; bench warrant to issue (LFUG)
- [x] SENH — Sentencing held   [ ] OBJECTIONS filed / urged.
- [ ] — Deft qualifies for safety valve.
- [ ] — Court GRANTS Government's mtn for downward departure.
- [ ] WDPLG — Deft withdraws plea of guilty
- [x] SENTENCE: **13 Months And One Day Imprs; 3 Yrs TSR; No Fine - 60 Hrs Of Comm Service Within 1st Yr Of SR**
  COUNT(S) **1**
  (1/19/05)
  Court recommends: **Placement In Mississippi/Louisiana Area**
- [x] $100.00 Special Assessment imposed on Ct (s): **1 = $100**
- [ ] TIME SERVED

- [x] DCNTGVMOT — Ct(s) **2** dismissed on Government's oral Motion.
- [x] BAILC — Bond Continued
- [ ] ORDBNDRVK — Bond Revoked
- [ ] ORDBNDFRFT — Bond Forfeited
- [ ] FREE TEXT — REMANDED to custody of U. S. Marshal
- [ ] FREE TEXT — Deft to surrender to U. S. Marshal on _____
- [x] FREE TEXT — Deft to surrender to designated institution **After March 15, 2006.**
- [ ] FREE TEXT — Deft to report to the U. S. Marshal on _____
  to be advised what institute and what date to surrender to.
- [x] FREE TEXT — [x] Court [ ] Counsel to advise(d) Defendant ~~of his~~/her right to appeal.   **Advised Of 10 Day Deadline**
- [ ] OTHER: