United States District Court
Southern District of Texas
FILED

JUN 19 2006

Michael N. Milby, Clerk
Laredo Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § § § § § | SOUTHERN DISTRICT OF TEXAS LAREDO DIVISION |
| versus | | |
| **FRANKIE L. BASKIN** | | CRIMINAL CASE: **L:04CR2355-001** |

United States District Court
Southern District of Texas
ENTERED

JUN 2 2 2006

Michael N. Milby, Clerk
Laredo Division

## ORDER TO SURRENDER

The defendant, **FRANKIE L. BASKIN, #44947-179** having been sentenced to the custody of the Bureau of Prisons, is ordered to surrender at **POLK COUNTY DETENTION CENTER** at 2:00 pm on **TUESDAY, JULY 18, 2006**.

Signed on _June 19_, 2006

7005 2570 0001 0905 3152

_[signature]_
UNITED STATES DISTRICT JUDGE

U. S. MARSHAL'S OFFICE
BY: _O. Juarez_
DATE: _6/27/06_
TIME: _4:00_

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| **UNITES STATES OF AMERICA** | $ $ $ | **Criminal Case:** 04-2555 |
| **VS** | $ $ | |
| Frankie Boskin #44947-179 | $ $ $ | |

## AGREEMENT TO SURRENDER VOLUNTARILY

I understand that in the near future the court will sign an order that requires me to surrender to an institution to be selected by the Bureau of Prisons of the Department of Justice, and notified by the **U.S. DISTRICT COURT.**

I agree to report voluntarily under the order. I understand that, if I fail to appear, I may be punished by fine, imprisonment, or both. 18 U.S.C. 401, 751.

12-6-05
Date

X Frankie Lee Boskin
Defendant

Address: [redacted]

Telephone: [redacted]

12-6-05
Date

X Paul M[redacted]
Witness

LA Address [redacted]