UNITED STATES GOVERNMENT

MEMORANDUM

United States District Court
Southern District of Texas
FILED

JUL 2 6 2006

Michael N. Milby, Clerk

DATE: JULY 26, 2006

REPLY TO
ATTN OF: U.S. DISTRICT CLERKS-FINANCE CLERK
U.S. PRETRIAL

SUBJECT: VOLUNTARY SURRENDER

FROM: U. S. MARSHAL SERVICE-CRIMINAL CLERK

PLEASE BE INFORM THAT THE DEFENDANT IN THE SPECIFIED CASE

DID SURRENDER :

    CASE NO: L04CR2355-001

    NAME: FRANKIE LEE BASKIN

    SCHEDULE SURR DATE: JULY 18, 2006

    TO: N. MISSISSIPPI MARSHAL'S OFFICE FFT POLK COUNTY